1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY SYKES,<br><br>        Plaintiff,<br><br>v.<br><br>GALINDO, *et al.*,<br><br>        Defendants. | Case No. 1:23-cv-01770-EPG (PC)<br><br>ORDER<br>AMENDING CASE CAPTION |

      Plaintiff Troy Sykes is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff commenced this action by filing a complaint on December 27, 2023 (ECF No. 1).

      The Court screened Plaintiff's complaint and found that Plaintiff's claim for retaliation in violation of the First Amendment against Sergeant Galindo, correctional officer Martin, correctional officer Oscar Hernandez, and "supervisor free cook" Hernandez should proceed past screening. (ECF No. 8 at 2). The Court then ordered service of the complaint under the Court's E-Service pilot program for civil rights cases by providing paperwork regarding the defendants electronically to the California Department of Corrections and Rehabilitation (CDCR) and the California Attorney General's Office. (ECF No. 12). As ordered, the CDCR timely filed with the Court the "CDCR Notice of E-Service Waiver" (ECF No. 14) advising the

1

Court that all of the defendants in the E-Service Order (ECF No. 12) will be waiving service of process without the need for personal service by Plaintiff.

The CDCR Notice also provided correct spelling for Defendants' names: Sgt. Omar Galindo; Preston Martin, CO; Oscar Hernandez (retired); Vanessa Hernandez, Supervising Cook. (ECF No. 14).

Accordingly, **IT IS ORDERED** that the Clerk of Court is to amend the caption and update the docket in this case to correct the spellings of defendant's names and their occupations as follows:

| Name of the defendant and occupation alleged in the Complaint | Correct/Full name and occupation |
|---|---|
| Galindo<br>*Sergeant at ASP* | Omar Galindo<br>*Sergeant at ASP* |
| Oscar Hernandez<br>*Correction Officer at ASP* | Oscar Hernandez<br>*Retired, former Correction Officer at ASP* |
| Martin<br>*Correction Officer at ASP* | Preston Martin<br>*Correction Officer at ASP* |
| Hernandez<br>*Supervisor Free Cook at ASP* | Vanessa Hernandez<br>*Supervising Cook at ASP* |

IT IS SO ORDERED.

Dated:   **April 16, 2024**            /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

2